## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

IN RE LETTER OF REQUEST          )
FROM RUSSIA                      )
IN THE MATTER OF                 )        Misc. No. 05-
GLANTREX, LLC                    )

### APPLICATION FOR ORDER (28 U.S.C. 1782)

The United States of America, by the undersigned,

Richard Andrews, Assistant United States Attorney for the

District of Delaware, petitions this Court for an Order

pursuant to Title 28, United States Code, Section 1782, in the

form submitted, to facilitate the taking of testimony of

witnesses residing within the jurisdiction of this Court, and

other actions as requested by a letter of request issued by

the Russian authorities.

COLM F. CONNOLLY
United States Attorney

By: _____

Richard G. Andrews
Assistant U.S. Attorney
Delaware Bar I.D. No.2199
1007 N. Orange Street
Wilmington, DE    19801
(302) 573-6277

Dated: 8/25/05